In the Matter of the Claim of Vincent E. Schonback, against School District No. 5 of the Town of Wilson, Respondent.

State Industrial Board, Appellant.

(Submitted October 4, 1933; decided October 24, 1933.)

*John J. Bennett, Jr., Attorney-General (John R. O'Hanlon* of counsel), for State Industrial Board, appellant.
*Glen R. Bedenkapp* for respondent.

no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ.